LONG *v.* PUTNAM OIL AND FERTILIZER WORKS.

EVANS, P. J. 1. In a claim case, where the defendant in fi. fa. and the claimant sustain the relation of husband and wife, and where the issue is whether certain personal property levied on was originally purchased by the wife or the husband, a mortgage given by the husband to secure the payment of the purchase-money of the property levied on is relevant evidence.

2. The evidence was sufficient to support the verdict.

                  *Judgment affirmed. All the Justices concur.*

          Argued February 5,—Decided February 17, 1909.

Claim. Before Judge Edwards. Douglas superior court. April 6, 1908.

*J. H. McLarty* and *J. S. James,* for plaintiff in error.

*Roberts & Hutcheson,* contra.